IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SELBERT D. SMITH,<br><br>        Plaintiff<br>  VS.<br><br>BETTY COLTER,<br><br>        Defendant | NO. 5:05-CV-344 (HL)<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## RECOMMENDATION OF DISMISSAL

A review of the file in the above-captioned proceeding shows no evidence that plaintiff SELBERT D. SMITH ever made any effort to serve defendant BETTY COLTER as he was specifically directed to do in the court's order dated December 28, 2005. Tab #7 at 7. Moreover, the plaintiff has had no contact with the court since November of 2005, and the latest mailing to the plaintiff at the address he provided the court was returned as undeliverable on January 9, 2007.

Accordingly, IT IS RECOMMENDED that the instant action be **DISMISSED** because of the plaintiff's failure to comply with a court order and his failure to prosecute the action. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve this order upon plaintiff SMITH at the <u>LAST ADDRESS</u> provided by him.

SO RECOMMENDED this 8th day of APRIL, 2008.



                     CLAUDE W. HICKS, JR
                     UNITED STATES MAGISTRATE JUDGE