**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | : | |
|---|---|---|
| **SELBERT D. SMITH,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **CASE NO. 5:05-CV-344 (HL)** |
| | : | |
| **VAN PEAVY, et al,** | : | |
| Defendants | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 10) filed April 8, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection was filed by the plaintiff to the Magistrate Judge's Recommendation within the time allows.

**SO ORDERED,** this the 7th day of May, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**